| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | |
| 3 | EUMI L. CHOI (WVBN 0722)<br>Acting Chief, Criminal Division |
| 4 | PHILIP J. KEARNEY (CSBN 114978)<br>RICHARD J. CUTLER (CSBN 146180) |
| 5 | Assistant United States Attorney |
| 6 | 450 Golden Gate Avenue<br>San Francisco, California 94102 |
| 7 | Telephone: (415) 436-6758 |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. CR 05-00167 WHA (JCS) |
| Plaintiff, | ) | |
| | ) | **AMENDED STIPULATION AND** |
| v. | ) | **[PROPOSED] ORDER EXCLUDING** |
| | ) | **TIME** |
| TERRELL JACKSON,<br>a/k/a "Rell," | ) | |
| Defendant. | ) | |

The above-captioned matter came before the Court on August 2, 2006, for continued initial appearance and identification of counsel. The defendant, Terrell Jackson, who was present, was represented by Esq., and the government was represented by Richard J. Cutler, Assistant United States Attorney. Defendant made his first appearance post-indictment in this District on July 28, 2005, before United States Magistrate Judge Joseph C. Spero. The initial appearance had been continued from July 28, 2006, for arraignment, identification of counsel, and detention hearing. On August 2,

**STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME - DEFENDANT TERRELL JACKSON**
**CR 05-00167 WHA**

1  2006, the parties agreed and the Court made a finding on the record that the time between
2  July 28, 2006, and August 2, 2006 should be excluded under the Speedy Trial Act, 18
3  U.S.C. § 3161(h)(8)(B) for defendant to obtain counsel, for continuity of counsel, and
4  because the ends of justice served by taking such action outweighed the best interest of
5  the public and the defendant in a speedy trial. That finding was based on the defendant's
6  need to obtain counsel. On July 28, 2006, defendant had appeared without permanent
7  counsel as the Federal Public Defender's Office had a conflict and could not be appointed
8  to represent defendant. That finding was made pursuant to 18 U.S.C. § 3161(h)(8)(B).
9      The parties agree and stipulate that the time from July 28, 2006, and
10 August 2, 2006, is appropriate and necessary under Title 18, United States Code, Section
11 3161(h)(8)(B), for defendant to obtain counsel and therefore for continuity of counsel and
12 because the ends of justice served by this continuance outweigh the best interest of the
13 public and the defendant in a speedy trial.

15 DATED: 8/2/06                             /S/
                                             SUZANNE LUBAN, ESQ.
16                                           Counsel for DEFENDANT
                                             TERRELL JACKSON

18
19 DATED: 8/2/06                             /S/
                                             RICHARD J. CUTLER
                                             Assistant United States Attorney
20
21 SO ORDERED.

23 DATED: August 3, 2006
                                             _____
24                                           JOSEPH C. SPERO
                                             UNITED STATES MAGISTRATE JUDGE

**STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME - DEFENDANT TERRELL JACKSON
CR 05-00167 WHA**                    2