KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

PHILIP J. KEARNEY (CSBN 114978)
RICHARD J. CUTLER (CSBN 146180)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, California  94102
    Telephone: (415) 436-6758

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. CR 05-00167 WHA (JCS) |
|     Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER EXCLUDING TIME** |
| v. ) | |
| ) | |
| TERRELL JACKSON, ) | |
|     a/k/a "Rell," ) | |
| ) | |
|     Defendant. ) | |

    Defendant TERRELL JACKSON (formerly REDACTED DEFENDANT #2) was recently arrested, and first appeared before Magistrate Judge Spero on July 28, 2006. He appeared for the first time with the undersigned defense counsel and was arraigned on the indictment on August 2, 2006. At that time, Magistrate Judge Joseph C. Spero set the case before Your Honor on August 8, 2006, but later the clerk informed the parties that the hearing had been reset for August 15, 2006. Judge Spero found excludible time only for the

1

1  three days between the initial appearance (without counsel) and the arraignment.  The other
2  defendants are set to appear before this Court on August 30, 2006.  The parties request the
3  Court to continue this matter to August 30, 2006 and to find excludible time between
4  August 2 and August 30, 2006, for the reasons set forth below.

5        This is a case that requires the appointment of "Learned Counsel" pursuant to
6  18 U.S.C. § 3005.  Ms. Luban is not qualified under that statute, and has been
7  appointed in an interim capacity to represent Mr. Jackson until the Federal Public
8  Defender is able to locate Learned Counsel.  Mr. Portman has advised Ms. Luban
9  that although he is diligently searching for such counsel, the search is likely to take
10 three weeks, in light of the fact that many members of the bar have conflicts of
11 interest and several have already declined this representation.

12       Both sides believe that the interests of justice justify a finding of excludible
13 time in this complex case for continuity of counsel and to allow newly appointed
14 counsel time to obtain discovery and begin to review the over 300 pleadings and that
15 have been filed in this case.  There are approximately 23,000 pages of documentary
16 discovery and numerous recorded telephone conversations that have been produced
17 so far.  Finally, appearing on August 15, 2006 poses a hardship to Ms. Luban, who is
18 leaving on an international trip that same date.

19       Time continues to be automatically excluded under the Speedy Trial Act,
20 because defense motions were recently filed which have not yet been heard and
21 submitted for decision, pursuant to 18 U.S.C. §3161 (h)(1)(F).  In addition, the
22 parties agree to an exclusion of time under the Speedy Trial Act, because failure to
23 grant the requested continuance would unreasonably deny defense counsel
24 reasonable time necessary for effective preparation, taking into account the exercise
25 of due diligence, and would deny continuity of counsel.
26 ///
27
28                       2

Therefore, the parties agree that the Court shall vacate the hearing set for August 15, 2006, and continue the case to August 30, 2006 at 8:00 a.m., and shall further order that the Speedy Trial clock shall be tolled for the reasons stated above from <u>August 2, 2006 through August 30, 2006</u>, pursuant to the Speedy Trial Act, 18 U.S.C. §3161 (h)(1)(F) and (h)(8)(B)(iv).

IT IS SO STIPULATED:

Respectfully submitted,

DATED: August 4, 2006        /S/   Richard J. Cutler
                             RICHARD J. CUTLER
                             Assistant U.S. Attorney


DATED: August 4, 2006        /S/   Suzanne A. Luban
                             SUZANNE A. LUBAN
                             Attorney for Defendant Terrell Jackson

**ORDER**

For Good Cause Shown, IT IS SO ORDERED, and the Court finds that :

1. The Speedy Trial exclusions stated above are proper;

2. That the interest of justice is served by this continuance for the reasons stated above;

3. The Speedy Trial clock shall be tolled and time shall be excluded for the reasons stated above from August 2, 2006 through August 30, 2006; and

4. That the matter shall be continued to August 30, 2006 at 8:00 a.m.

Dated: __August 14__, 2006

HON. WILLIAM H. ALSUP
United States District Judge

3