**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>EDGAR DIAZ, RICKEY ROLLINS, DON JOHNSON, ROBERT CALLOWAY, DORNELL ELLIS, EMILE FORT, CHRISTOPHER BYES, PARIS RAGLAND, RONNIE CALLOWAY, ALLEN CALLOWAY, TERRELL JACKSON and REDACTED DEFENDANT NO. ONE,<br><br>  Defendants.<br>                                                                      / | No. CR 05-00167 WHA<br><br>**ORDER RE: APPOINTMENT OF COUNSEL** |

Good cause appearing and pursuant to 18 U.S.C. 3005, Frank Bell is appointed Lead Counsel and J. Frank McCabe is appointed Learned Counsel for Terrell Jackson in the above entitled indictment. They shall be compensated at the maximum hourly rate for counsel representing a defendant charged with a capital offense. Their appointment is effective nunc pro tunc August 31, 2006. Suzanne Luban, who has been representing the defendant while Lead and Learned Counsel were being sought, is relieved with the Court's thanks for her service.

**IT IS SO ORDERED.**

Dated: September 8, 2006

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE