| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | MARK L. KROTOSKI (CSBN 138549)<br>Chief, Criminal Division |
| 3 | |
| 4 | PHILIP J. KEARNEY (CSBN 114978)<br>RICHARD J. CUTLER (CSBN 146180)<br>Assistant United States Attorneys |
| 5 | KRISTA TONGRING (NJBN 2739-96)<br>Trial Attorney, U.S. Department of Justice |

 450 Golden Gate Avenue
 San Francisco, California 94102
 Telephone: (415) 436-6758

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | Criminal No. CR 05-00167 WHA |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| v. | ) | **ORDER EXCLUDING TIME** |
| **REDACTED DEFENDANT NO. 1, et al., (TERRELL JACKSON),** | ) | |
| Defendant. | ) | |

 The above-captioned matter came before the Court on September 13, 2006, for supplemental hearing on <u>Daubert</u> motions. The defendant, TERRELL JACKSON, who was present, was represented by Frank McCabe, Esq., and the government was represented by Philip J. Kearney and Richard J. Cutler, Assistant United States Attorneys, and Krista Tongring, Department of Justice Trial Attorney. The matter was continued

**STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME**
**CR 05-00167 WHA**

1  until October 30, 2006, for status. The Court made a finding on the record that the time
2  between September 13, 2006, and October 30, 2006 should be excluded under the Speedy
3  Trial Act, 18 U.S.C. § 3161(h)(3)(B)(8)(A), because the ends of justice served by taking
4  such action outweighed the best interest of the public and the defendant in a speedy trial.
5  That finding was based both on the Court's previous ruling declaring the matter complex
6  and the attorneys' needs to effectively prepare the matter, taking into account the exercise
   of due diligence. That finding was made pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

7      The parties hereby agree to and request that the case be continued until October 30,
8  2006 at 3:00 p.m. and that an exclusion of time until that date be granted. The parties
9  agree and stipulate that the additional time is appropriate and necessary under Title 18,
10 United States Code, Section 3161(h)(3)(B)(iv), because the ends of justice served by this
11 continuance outweigh the best interest of the public and the defendants in a speedy trial.

13 DATED:  9/13/06            /S/
                              ─────────────────────────────
14                            FRANK MCCABE, ESQ.
                              Counsel for DEFENDANT
15                            TERRELL JACKSON

16 DATED:  9/13/06            /S/
                              ─────────────────────────────
17                            PHILIP J. KEARNEY
                              Assistant United States Attorney

SO ORDERED.

20 DATED:  September 14, 2006

                              ─────────────────────────────
21                            WILLIAM ALSUP
                              UNITED STATES DISTRICT JUDGE



**STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME**
**CR 05-00167 WHA**                    2