FRANK BELL (SBN 38955)
Attorney at Law
303 Bradford Street, Suite C
Redwood City, California 94063
Telephone: (650) 363-3800
Facsimile: (650) 366-8987

J. FRANK McCABE (SBN 48246)
Attorney at Law
500 Sansome Street, Suite 212
San Francisco, California 94111
Telephone: (415) 397-1757
Facsimile: (415) 433-7258

Attorneys for Defendant
TERRELL JACKSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-05-00167 WHA |
| Plaintiff, ) | **STIPULATION AND [PROPOSED] ORDER TO RELEASE DEFENDANT JACKSON'S GOLD TEETH TO DEFENDANT'S COUNSEL** |
| v. ) | |
| EDGAR DIAZ, et al., ) | |
| Defendants. ) | |

GOOD CAUSE appearing therefor,

THE PARTIES HEREBY STIPULATE that defendant Terrell Jackson's gold teeth, which were taken from him at the time of his

///

///

1

arrest in the above-captioned matter, may be released to his counsel, J. Frank McCabe.

DATED: October 10, 2006.    KEVIN RYAN
                            United States Attorney


                                    /s/
                            ─────────────────────────────
                            PHILIP JOSEPH KEARNEY, JR.
                            Assistant United States Attorney


DATED: October 10, 2006.    FRANK BELL
                            J. FRANK McCABE


                            By    /s/
                            ─────────────────────────────
                               J. FRANK McCABE
                               Counsel for Defendant Jackson


**ORDER**

    PURSUANT TO STIPULATION of counsel,

    IT IS HEREBY ORDERED that defendant Terrell Jackson's gold teeth be released to his counsel, J. Frank McCabe.

DATED: October 16, 2006

            ─────────────────────────────
            HON. WILLIAM ALSUP
            UNITED STATES DISTRICT JUDGE

2