1    KEVIN V. RYAN (CSBN 118321)
     United States Attorney
2
     MARK L. KROTOSKI (CSBN 138549)
3    Chief, Criminal Division

4    PHILIP J. KEARNEY (CSBN 114978)
     RICHARD J. CUTLER (CSBN 146180)
5    Assistant United States Attorneys
     KRISTA TONGRING (NJBN 2739-96)
6    Trial Attorney, U.S. Department of Justice

7        450 Golden Gate Avenue
         San Francisco, California 94102
8        Telephone: (415) 436-6758

9    Attorneys for Plaintiff

10
                    UNITED STATES DISTRICT COURT
11
                    NORTHERN DISTRICT OF CALIFORNIA
12
                    SAN FRANCISCO DIVISION
13
     UNITED STATES OF AMERICA,          )   Criminal No. CR 05-00167 WHA
14                                      )
             Plaintiff,                 )
15                                      )
                                        )
16                                      )   **STIPULATION AND [PROPOSED]**
             v.                         )   **ORDER EXCLUDING TIME**
17                                      )
                                        )
18   **REDACTED DEFENDANT NO. 1, et al.,** )
     **(TERRELL JACKSON),**                )
19                                      )
                                        )
20                                      )
                                        )
21           Defendant.                 )
                                        )
22

23          The above-captioned matter came before the Court on October 30, 2006, for a status

24   hearing for defendant TERRELL JACKSON.  Defendant, TERRELL JACKSON, who was

25   present, was represented by Frank McCabe, Esq. and Frank Bell, Esq., and the government was

26   represented by Philip J. Kearney and Richard J. Cutler, Assistant United States Attorneys.  The

27   Court set a trial date of September 17, 2007, for defendant JACKSON with an interim date of

28   May 14, 2007, for the government to file its decision of whether the death penalty will be sought

     **STIPULATION AND [PROPOSED]**
     **ORDER EXCLUDING TIME**
     **CR 05-00167 WHA**

1  as to defendant JACKSON.  Additionally, defendant JACKSON'S case was continued until

2  November 29, 2006, at 8:00 for further status to determine on what schedule defendant could file

3  his pretrial motions.  The Court made a finding on the record that the time between October 30,

4  2006, and November 29, 2006 should be excluded under the Speedy Trial Act, 18 U.S.C. §

5  3161(h)(3)(B)(8)(A), because the ends of justice served by taking such action outweighed the

6  best interest of the public and the defendant in a speedy trial.  That finding was based both on the

7  Court's previous ruling declaring the matter complex and the attorneys' needs to effectively

8  prepare the matter, taking into account the exercise of due diligence.  That finding was made

9  pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

   The parties hereby agree to and request that the case be continued until November 29,

10 2006 at 8:00 a.m. and that an exclusion of time until that date be granted.  The parties agree and

11 stipulate that the additional time is appropriate and necessary under Title 18, United States Code,

12 Section 3161(h)(3)(B)(iv), because the ends of justice served by this continuance outweigh the

13 best interest of the public and the defendants in a speedy trial.

15

16 DATED:      10/30/06                    _____/S/_____
                                        FRANK MCCABE, ESQ.
17                                      Counsel for DEFENDANT
18                                      TERRELL JACKSON

19 DATED:      10/30/06                    _____/S/_____
                                        FRANK BELL, ESQ.
20                                      Counsel for DEFENDANT
21                                      TERRELL JACKSON

22

23 DATED:      10/30/06                    _____/S/_____
                                        PHILIP J. KEARNEY
24                                      Assistant United States Attorney

25 SO ORDERED.

26

27 DATED:  October 31, 2006             _____
                                        WILLIAM H. ALSUP
28                                      UNITED STATES DISTRICT JUDGE

**STIPULATION AND [~~PROPOSED~~]**
**ORDER EXCLUDING TIME**
**CR 05-00167 WHA**                    2