```
FRANK BELL (SBN 38955)
Attorney at Law
303 Bradford Street, Suite C
Redwood City, California 94063
Telephone:  (650) 363-3800
Facsimile:  (650) 366-8987

J. FRANK McCABE (SBN 48246)
Attorney at Law
500 Sansome Street, Suite 212
San Francisco, California 94111
Telephone:  (415) 397-1757
Facsimile:  (415) 433-7258

Attorneys for Defendant
TERRELL JACKSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR-05-00167 WHA |
|---|---|
| Plaintiff, | ) **DECLARATION AND [PROPOSED] ORDER PERMITTING COUNSEL FOR DEFENDANT TO REVIEW PROBATION OFFICE FILE** |
| v. | ) |
| EDGAR DIAZ, et al., | ) |
| Defendants. | ) |

I, J. Frank McCabe, declare under penalty of perjury that the following is true and correct and, if called as a witness, I would testify competently thereto:

1. I am one of two court-appointed counsel for defendant Jackson in the above-captioned case.

2. In the preparation of a death penalty submission in Mr. Jackson's case, it is necessary to carefully review his entire

DEC AND [PROPOSED] ORDER PERMITTING COUNSEL
FOR DEF TO REVIEW PROBATION OFFICE FILE

1

family history. In this regard, I have discovered that his father was convicted in a previous federal case, <u>United States v. Kevin Jackson</u>, 87-00449 EFL. Kevin Jackson was killed on November 15, 1993. I need to review the probation office's file including but not limited to the presentence report and any police reports obtained and utilized by the probation office in preparing its report. This will contain a history of the defendant's father otherwise unavailable to counsel because of his death, and may be helpful in preparing a death penalty submission.

3. Thus, I respectfully request that this Court order the United States Probation Office to permit counsel for defendant Jackson to review its file in Case No. CR 87-00449 EFL.

DATED: January 18, 2007.

Respectfully submitted,

/s/
J. FRANK McCABE
Counsel for Defendant Jackson

**ORDER**

GOOD CAUSE appearing therefor,

IT IS HEREBY ORDERED that the United States Probation Office at its earliest convenience permit J. Frank McCabe, counsel for defendant Jackson, to review the probation office's file in <u>United States v. Kevin Jackson</u>, No. CR 87-00449 EFL.

DATED: January 19, 2007

HON. WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

DEC AND [PROPOSED] ORDER PERMITTING COUNSEL
FOR DEF TO REVIEW PROBATION OFFICE FILE

2