IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>EDGAR DIAZ, RICKEY ROLLINS,<br>DON JOHNSON, ROBERT CALLOWAY,<br>DORNELL ELLIS, EMILE FORT,<br>CHRISTOPHER BYES, PARIS<br>RAGLAND, RONNIE CALLOWAY,<br>ALLEN CALLOWAY, TERRELL JACKSON<br>and RAYMON MILBURN,<br><br>    Defendants.<br>                                              / | No. C 05-00167 WHA<br><br>**ORDER RE COUNSEL FOR<br>TERRELL JACKSON** |

The government has recently notified Terrell Jackson that it will not seek the death penalty against him. Both counsel for Mr. Jackson should meet with Jeane DeKelver to decide on a new CJA rate and the effective date of such rate. Counsel should also decide which of the two lawyers should continue in the case. Counsel should inform the Court of their progress by **MAY 29, 2007.**

**IT IS SO ORDERED.**

Dated: May 16, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE